STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
KRISTINA A. DEL VECCHIO (State Bar No. 283782)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
HSBC NORTH AMERICA INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS DRAWDY, | Case No. 2-13-cv-00342-JAM-EFB |
| Plaintiff, | [Assigned to the Hon. John A. Mendez] |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| HSBC NORTH AMERICA, INC.; AND DOES 1-10, INCLUSIVE, | |
| Defendant. | Action Filed: February 21, 2013 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT

LA 51648386

WHEREAS, plaintiff Thomas Drawdy ("Plaintiff") filed his Complaint For Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("Complaint") on February 21, 2013;

WHEREAS, defendant HSBC Mortgage Corporation (USA), erroneously sued as HSBC North America Inc. ("Defendant"), accepted service of the Complaint on March 6, 2013;

WHEREAS, Defendant moved to dismiss the Complaint on April 8, 2013;

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on April 22, 2013;

WHEREAS, counsel for Defendant accepted service of the FAC on April 22, 2013;

WHEREAS, Defendant filed a Notice of Substitution of Attorney on May 6, 2013 substituting in the above named attorneys of Stroock & Stroock & Lavan LLP as counsel (Dkt. No. 11);

WHEREAS, this Court granted the substitution on May 7, 2013 (Dkt. No. 12);

WHEREAS, the deadline for Defendant to respond to Plaintiff's FAC currently is May 9, 2013;

WHEREAS, Plaintiff has agreed to grant Defendant an extension of time to respond to the FAC up to and including May 17, 2013;

WHEREAS, pursuant to Local Rule 144, the parties may seek an extension of time to respond to a complaint by stipulation;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order.

[Stipulation continued on next page]

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

LA 51648386

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, that the time for Defendant to respond to the FAC shall be extended to May 17, 2013.

Dated: May 8, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
KRISTINA A. DEL VECCHIO
ARJUN P. RAO

By:   */s/ Kristina A. Del Vecchio*
         Kristina A. Del Vecchio

Attorneys for Defendant
   HSBC NORTH AMERICA INC.

DATED: May 8, 2013

LEMBERG & ASSOCIATES, LLC

By:   */s/ Tammy Hussin*
         Tammy Hussin, Esq.

Attorney for Plaintiff
   THOMAS DRAWDY

IT IS SO ORDERED.

Dated:  5/9/2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

LA 51648386