UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

Thomas Drawdy,

                Plaintiff,

     vs.

HSBC North America, Inc.; and DOES 1-100, inclusive,

             Defendants.

Case No.: 2:13-cv-00342-JAM-EFB

**[~~PROPOSED~~] ORDER**

      Based on the Stipulation of counsel, and for good cause, the Court hereby continues the Hearing on Discovery Disagreement to October 2, 2013 at 10:00 a.m. and orders the parties to file a Joint Statement Re: Discovery Disagreements on or before September 25, 2013.

Dated:  September 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION  TO CONTINUE THE HEARING ON
DISCOVERY DISAGREEMENT