UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Thomas Drawdy,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HSBC North America, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00342-JAM-EFB<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:   11/14/2013             /s/ John A. Mendez_____

　　　　　　　　　　　　　　　　Judge: Hon. John A. Mendez

---

2:13-cv-00342-JAM-EFB　　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL